| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JOCELYN BURTON (CSBN 135879)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7198 |
| 6 | FAX: (415) 436-6748 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID H. CALL, | ) | No. 05-00373 SI |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER TO AMEND ANSWER |
| v. | ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) | |
| Defendant. | ) | |

STIPULATION TO AMEND ANSWER AND PROPOSED ORDER
05-00373 SI

Pursuant to Fed R. Civ. P. 15(a), the parties stipulate that Defendant Federal Aviation Administration may amend its answer.

LAW OFFICES OF BARRY L. SIDERS

Dated: August 31, 2005     By: _____//ss//_____
                                BARRY L. SIDERS
                                Attorney for Plaintiff
                                DAVID H. CALL


                                KEVIN V. RYAN
                                United States Attorney


Dated: September 2, 2005   By: _____//ss//_____
                                JOCELYN BURTON
                                Assistant United States Attorney
                                Attorneys for Defendant
                                FEDERAL AVIATION ADMINISTRATION


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       By: _____
                                SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE

[STAMP: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

STIPULATION TO AMEND ANSWER AND PROPOSED ORDER
05-00373 SI                                  2